IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:19-CR-00114

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO DISMISS REAL PROPERTY |
| v. | ) | FROM CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| HAL H. BROWN, JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Real Property from Consent Order and Judgment of Forfeiture. (Doc. No. 56). For the reasons stated in the Motion and to expedite a payment to victims from the proceeds of the sale of the real property at 1629 Olmstead Drive, Asheville, North Carolina, this Court hereby **GRANTS** the Motion.

**IT IS, THEREFORE, ORDERED** that the real property at 1629 Olmstead Drive, Asheville, North Carolina, is hereby dismissed from this federal forfeiture action and any lis pendens or orders and lis pendens issued by the U.S. Attorney's Office and United States District Court, Western District of North Carolina, as to the real property are hereby dismissed and released so as to effectuate a transfer of title to the arms-length purchaser of the real property.

SO ORDERED.

Signed: February 1, 2021

Kenneth D. Bell
United States District Judge